UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Rose Ann Hockey, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-796 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Court's Order (ECF No. 19), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: August 7, 2018 　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge